IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RANDY D. SANFORD**                                                                             **PLAINTIFF**

v.                                                              CAUSE NO. 1:14CV392-LG-RHW

**JACOBS TECHNOLOGY, INC.**
**and JOHN DOES 1-10**                                                       **DEFENDANTS**

## FINAL JUDGMENT

Having disposed of all remaining claims pending before this Court,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendant Jacobs Technology Inc. and against Plaintiff Randy D. Sanford.  This action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 26th day of January, 2016.

                                                  s/ *Louis Guirola, Jr.*
                                                  LOUIS GUIROLA, JR.
                                                  CHIEF U.S. DISTRICT JUDGE